## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

SIEMENS INDUSTRY SOFTWARE, INC.,
               Plaintiffs,

     v.

BELL SEMICONDUCTOR, LLC,
                Defendant.

C.A. No. 22-cv-1569-CFC

JURY TRIAL DEMANDED

## BELL SEMICONDUCTOR, LLC'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Bell Semiconductor, LLC ("Bell Semic") respectfully moves this Court to dismiss Plaintiff Siemens Industry Software, Inc.'s ("Plaintiff") Complaint for Declaratory Judgment. (D.I. 1). The Court has no subject matter jurisdiction to entertain this suit. *See* U.S. CONST. art. III § 2. And even if that were not so, "well-founded reasons" would counsel dismissing Plaintiff's Complaint nonetheless. *See Mitek Sys., Inc. v. United Servs. Auto. Ass'n*, 34 F.4th 1334, 1347 (Fed. Cir. 2022) (citation omitted). Under D. Del. LR 7.1.2(a), the complete grounds for this Motion are set forth in the accompanying Opening Brief in support of Bell Semic's Motion to Dismiss Plaintiff's Complaint.

Dated: January 26, 2023.

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

David Sochia (admitted *pro hac vice*)
dsochia@McKoolSmith.com
Ashley N. Moore (admitted *pro hac vice*)
amoore@McKoolSmith.com
Richard A. Kamprath (admitted *pro hac vice*)
rkamprath@McKoolSmith.com
MCKOOL SMITH, P.C.
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Joshua J. Newcomer (admitted *pro hac vice*)
jnewcomer@mckoolsmith.com
MCKOOL SMITH, P.C.
600 Travis Street #7000
Houston, TX 77002
Telephone: (713) 485-7300
Telecopier: (713) 485-7344

2

Kyle Ryman (admitted *pro hac vice*)
kryman@McKoolSmith.com
MCKOOL SMITH, P.C.
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Lauren H. Simenauer
lsimenauer@mckoolsmith.com
MCKOOL SMITH, P.C.
1999 K Street NW
Washington, D.C. 20006
Telephone: (202) 370-8300
Telecopier: (202) 370-8344

*Attorneys for Defendant Bell
Semiconductor, LLC*

3