IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIEMENS INDUSTRY SOFTWARE INC., | |
| Plaintiff, | |
| v. | C.A. No. 22-1569-CFC |
| BELL SEMICONDUCTOR, LLC, | |
| Defendants. | |

### STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), Plaintiff Siemens Industry Software Inc. and

Defendant Bell Semiconductor, LLC hereby stipulate to the dismissal with prejudice of all claims

asserted by Plaintiff, with each party to bear its own costs, expenses and attorneys' fees.

Dated:  May 8, 2023

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | DEVLIN LAW FIRM  LLC |
| */s/ Pilar G. Kraman* | */s/ Timothy Devlin* |
| Anne Shea Gaza (No. 4093) | Timothy Devlin (No. 4241) |
| Pilar G. Kraman (No. 5199) | 1526 Gilpin Avenue |
| Robert M. Vrana (No. 5666) | Wilmington, DE 19806 |
| Alexis N. Stombaugh (No. 6702) | (302) 449-9010 |
| Rodney Square | tdevlin@devlinlawfirm.com |
| 1000 North King Street | |
| Wilmington, DE 19801 | *Attorneys for Bell Semiconductor, LLC* |
| (302) 571-6600 | |
| agaza@ycst.com | |
| pkraman@ycst.com | |
| rvrana@ycst.com | |
| astombaugh@ycst.com | |

*Attorneys for Siemens Industry Software Inc.*

SO ORDERED this _____ day of _____, 2023.


_____
Chief, United States District Court Judge